# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 30, 2025

## NO.  03-25-00523-CV

**R. C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
AFFIRMED -- OPINION BY JUSTICE ELLIS**

This is an appeal from the order signed by the trial court on June 25, 2025.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order.  Therefore, the Court affirms the trial court's order.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.